UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-157-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| MICHAEL LAVANDO HARRISON | } | |

On motion of the Defendant Michael Lavando Harrison, and for good cause shown, It is hereby ORDERED the Defendant's Motion to Withdraw as Counsel of Record (DE 50 ) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 29 day of August, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge